No. 847. UNITED STATES, EX REL. SKINNER & EDDY CORPORATION, *v.* J. R. McCARL, COMPTROLLER GENERAL OF THE UNITED STATES. January 18, 1926. Petition for writ of certiorari to the Court of Appeals of the District

of Columbia granted. *Messrs. Louis Titus* and *J. Barrett Carter* for petitioner. *Solicitor General Mitchell* for respondent.